### IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **JOHN DILLARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.** |
| | ) **2:87-CV-1167-MHT** |
| **CITY OF CALERA,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 7, 2007, as to why said motion should not be granted as requested.

DONE this 7th day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**